■ PATRICIA COTTONE, Respondent, v CHARLES COTTONE, Appellant. [604 NYS2d 848] —Motion for ex parte order denied. Memorandum: We decline to grant the ex parte order that a

Justice of the Supreme Court refused to sign. This is not a "proper case" for the grant of such an order (CPLR 2214 [d]; *see,* Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C2214:25, at 102). Present—Callahan, J. P., Green, Pine, Fallon and Boomer, JJ.